1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  WARREN METLITZKY, State Bar #220758
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3916
6  Facsimile:     (415) 554-3837
   E-Mail:        warren.metlitzky@sfgov.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
9  and SAN FRANCISCO POLICE DEPARTMENT

10

11                         UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13 | STEVEN GATTO,                              | Case No. 13-CV-5158 TEH
14 |     Plaintiff,                             | STIPULATION AND ~~PROPOSED~~ ORDER TO
   |                                            | AMEND DEADLINES FOR RESPONSE TO
15 |     vs.                                    | PLAINTIFF'S MOTION FOR LEAVE TO
   |                                            | AMEND COMPLAINT
16 | CITY OF SAN FRANCISCO, SAN
   | FRANCISCO POLICE DEPARTMENT and            | Hearing Date:   June 2, 2014
17 | DOES 1-10, in their individual capacities, | Time:           10:00 a.m.
   |                                            | Place:          Ctrm 12, 19th Floor
18 |     Defendants.
   |                                            | Trial Date:     Not Set
19

20

21

22

23

24

25

26

27

28

Stip and Order Re Mtn to Amend                      1                       n:\lit\li2013\140664\00921064.doc
Gatto v. CCSF. et a.; Case No. 13-CV-5158 TEH

1  WHEREAS, counsel for defendant was on vacation when plaintiff's motion to amend his complaint was filed on Friday, April 11, 2014, and did not return to work until Monday, April 21, 2014;

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request to amend the dates for defendant's response to plaintiff's motion for leave to amend and for plaintiff's reply.  The last day for defendant to response will be moved from Friday, April 25, 2014 to Monday May 5, 2014, and plaintiff's reply brief will be due on Monday, May 12, 2014.

**IT IS SO STIPULATED.**

Dated:  April 24, 2014        DENNIS J. HERRERA
                              City Attorney
                              CHERYL ADAMS
                              Chief Trial Deputy
                              WARREN METLITZKY
                              Deputy City Attorney

                              By:  */s/ Warren Metlitzky*
                                   WARREN METLITZKY

                              Attorneys for Defendants
                              CITY AND COUNTY OF SAN FRANCISCO
                              and SAN FRANCISCO POLICE DEPARTMENT

Dated:  April 24, 2014        WISEMAN LAW GROUP, P.C.

                              By:  */s/ Joseph J. Wiseman*
                                   JOSEPH J. WISEMAN

                              Attorneys for Plaintiff
                              STEVEN GATTO

**ORDER**

Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

Defendant's last day to file a response to plaintiff's motion to amend is moved to Monday, May 5, 2014. Plaintiff may file an optional reply by Monday, May 12, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 04/24/2014

THE HON[illegible]ENDERSON
UNITED S[illegible]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Thelton E. Henderson