DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
WARREN METLITZKY, State Bar #220758
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3916
Facsimile:     (415) 554-3837
E-Mail:        warren.metlitzky@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
and SAN FRANCISCO POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GATTO,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT and DOES 1-10, in their individual capacities,<br><br>    Defendants. | Case No. 13-CV-5158 TEH<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Trial Date:        Not Set |

1  WHEREAS, defendants City and County of San Francisco ("City") and San Francisco 49ers
2 are in the process of resolving issues of who will represent the City going forward, and issues
3 regarding the tender of this matter;

4  WHEREAS, counsel for the City is leaving the City Attorney's Office, and another attorney
5 has not yet been assigned to this matter ;

6  WHEREAS, the City will not have available any counsel permanently assigned to this matter
7 to represent it at the currently scheduled case management conference;

8  WHEREAS, no trial date nor discovery cut-off dates have yet been set;

9  WHEREAS, the parties believe that they need additional time to determine who will represent
10 the City in this litigation, and if necessary, to permanently assigned a deputy city attorney to this
11 matter;

12  All parties STIPULATE and request that the Court continue the August 25, 2014 Case
13 Management Conference until September 22, 2014, or such date as is convenient for the Court.

14  **IT IS SO STIPULATED.**

16 Dated:  August 18, 2014                    DENNIS J. HERRERA
                                              City Attorney
17                                            CHERYL ADAMS
                                              Chief Trial Deputy
18                                            WARREN METLITZKY
                                              Deputy City Attorney
19
20                                     By:    */s/ Warren Metlitzky*
                                              WARREN METLITZKY
21
22                                            Attorneys for Defendants
                                              CITY AND COUNTY OF SAN FRANCISCO
                                              and SAN FRANCISCO POLICE DEPARTMENT
23

24 Dated:  August 18, 2014                    WISEMAN LAW GROUP, P.C.
25
26                                     By:    */s/ Joseph J. Wiseman*
                                              JOSEPH J. WISEMAN
27
                                              Attorneys for Plaintiff
28                                            STEVEN GATTO

| | | |
|---|---|---|
| 1 | Dated: August 18, 2014 | LOMBARDI, LOPER & CONANT, LLP |
| 2 | | By: _/s/ Kara A. Abelson_ |
| 3 | | KARA A. ABELSON |
| 4 | | Attorneys for Defendant<br>FORTY NINERS FOOTBALL COMPANY LLC |

**ORDER**

Based on the above stipulation, and for good cause appearing, IT IS ORDERED as follows:

The August 25, 2014 Case Management Conference is continued to September 22, 2014 at 1:30 p.m. Parties shall file a joint case management statement at least seven days prior to the hearing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 08/19/2014



THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE