AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

STEVEN GATTO

           Plaintiff (s),

V.

CITY AND COUNTY OF SAN FRANCISCO

           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13-CV-5158 TEH

Notice is hereby given that, subject to approval by the court, __City & County of San Francisco__ substitutes
                                                               (Party (s) Name)

__Matthew Conant__, State Bar No. __94920__ as counsel of record in
(Name of New Attorney)

place of __James F. Hannawalt__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         Matthew Conant
    Address:            1999 Harrison Street, #2600, Oakland, CA  94612
    Telephone:         (510) 433-2600         Facsimile  (510) 433-2699
    E-Mail (Optional):   msc@llclip.com

I consent to the above substitution.
Date:    10/15/2014

I consent to being substituted.
Date:    10/15/2014

I consent to the above substitution.
Date:    10/15/2014

CITY AND COUNTY OF SAN FRANCISCO
(Signature of Party (s))

JAMES F. HANNAWALT
(Signature of Former Attorney (s))

S//MATTHEW CONANT
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    10/16/2014

                                                                     Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**