**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JENNIFER C. NOBLE, ESQ.,  CSBN 256952**
**WISEMAN LAW GROUP, P.C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone:     530.759.0700**
  **Facsimile:     530.759.0800**

Attorneys for Plaintiff
STEVEN GATTO

**MATTHEW S. CONANT, CSBN 94920**
**KARA A. ABELSON, CSBN 279320**
**LOMBARDI, LOPER & CONANT, LLP**
  **Lake Merritt Plaza 1999**
  **Harrison Street, Suite 2600**
  **Oakland, CA 94612-3541**
  **Telephone: (510) 433-2600**
  **Facsimile: (510) 433-2699**

Attorneys for Defendants
FORTY NINERS FOOTBALL COMPANY LLC;
(Erroneously sued as SAN FRANCISCO FORTY-FORTY NINERS);
CITY AND COUNTY OF SAN FRANCISCO and
SAN FRANCISCO POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GATTO,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT and DOES 1-10 in their individual capacities,<br><br>    Defendants. | Case No. 13-CV-5158-TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING ACTION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** |

  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties

who have appeared in the above-captioned matter, by and through their counsel of

record, hereby stipulate and agree to Plaintiff's voluntary dismissal of the entire action with prejudice, with each party to bear their own fees and costs.

Dated:  August 20, 2015,

WISEMAN LAW GROUP, P.C.

By: ___/s/  Joseph J. Wiseman___
        JOSEPH J. WISEMAN

Attorneys for Plaintiff
STEVEN GATTO

LOMBARDI, LOPER & CONANT, LLP

By: ___/s/ Kara A. Abelson___
        KARA A. ABELSON
        Attorneys for Defendants
        FORTY NINERS FOOTBALL
        COMPANY LLC; CITY AND COUNTY
        OF SAN FRANCISCO and SAN
        FRANCISCO POLICE DEPARTMENT

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, and for good cause appearing, IT IS HEREBY ORDERED THAT the above-captioned case be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own fees and costs.

Dated:  08/20/2015 _____        _____
                                                        THELTON E. HENDERSON
                                                        UNITED STATES DISTRICT COURT JUDGE